JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIHESIS SARAI VELIZ-PINA,<br><br>                    Petitioner,<br><br>      v.<br><br>FERETI SEMAIA, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-02338-MBK<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.


Dated: May 13, 2026

_____

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE